UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Little Darlings of Las Vegas, LLC,<br><br>                    Plaintiff<br><br>  v.<br><br>City of Las Vegas,<br><br>                    Defendant | Case No.: 2:24-cv-01507-CDS-EJY<br><br>**Order Granting Defendant's Motion for Leave to File Surreply**<br><br>[ECF No. 13] |

On September 24, 2024, defendant City of Las Vegas ("the City") filed a motion for leave to file a surreply in response to plaintiff Little Darlings of Las Vegas's reply and request to advance and consolidate trial on the merits pursuant to Rule 65(a)(2). Mot., ECF No. 13. Little Darlings opposes the motion for leave. Opp'n, ECF No. 15. Local Rule 7-2 states that "[s]urreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." LR 7-2(b). However, given that the City did not have the opportunity to address the issue of consolidating the trial on the merits, I grant leave to file a surreply. *See Smith v. United States*, 2014 U.S. Dist. LEXIS 42142, at *17 (D. Nev. Mar. 28, 2014).

## Conclusion

It is therefore ordered that defendant's motion for leave [ECF No. 13] is GRANTED.

Dated: October 23, 2024

_____
Cristina D. Silva
United States District Judge