JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LITTLE DARLINGS OF LAS VEGAS, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>Defendant | CASE NO. 2:24-cv-1507-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>[ECF No. 29] |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Little Darlings of Las Vegas, LLC, and Defendant City of Las Vegas, through their respective counsel, the following extensions of deadlines related to the parties' pending Motions for Summary Judgment:

1. That the deadline for the City to file its response to Plaintiff's Motion for Summary Judgment [ECF No. 27], be extended from June 23, 2025, to July 7, 2025;

2. That the deadline for the City to file its reply in support of its pending Motion for Summary Judgment [ECF No. 26], be extended from June 30, 2025, to July 7, 2025;

. . . .

. . . .

. . . .

. . . .

1      3.    That the deadline for Plaintiff to file its reply in support of its pending Motion for
2  Summary Judgment [ECF No. 27], be extended from July 7, 2025, to July 21, 2025.
3      IT IS SO STIPULATED.
4  DATED this 17th day of June, 2025.      DATED this 17th day of June, 2025.
5  FOX ROTHSCHILD LLP      JEFFRY M. DOROCAK
    City Attorney

By: /s/ *Rex D. Garner*      By: /s/ *Paul Mata*
DEANNA L. FORBUSH, ESQ.      PAUL MATA
Nevada Bar No. 6646      Deputy City Attorney
REX D. GARNER      Nevada Bar No. 14922
Nevada Bar No. 9401      495 South Main Street, Sixth Floor
1980 Festival Plaza Drive, #710      Las Vegas, NV 89101
Las Vegas, NV 89135      Attorneys for CITY OF LAS VEGAS
Attorneys for Little Darlings of Las Vegas, LLC

**IT IS SO ORDERED:**

_____
Cristina D. Silva
United States District Judge

Dated: June 20, 2025